

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After this court granted court reporter Amy L. Hinds's first, second, and third requests for extensions of time to file the record, the reporter's record was due on March 9, 2018.

After the extended due date, the court reporter filed a fourth notification of late record and a status report showing the number of pages that have been edited, proofread, and formatted to date. The court reporter requested a fourth extension of time to file the record until April 9, 2018, for a total extension of 124 days. The court reporter stated she will complete the record by April 9. 2018.

The court reporter's request is GRANTED. We ORDER court reporter Amy L. Hinds to file the reporter's record with this court not later than April 9, 2018. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days). **No further requests for an extension of time to file the reporter's record will be granted.**

_Patricia O. Alvarez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court